**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

PAUL ALAN HILEMAN,                    )
                                      )
                 Plaintiff,           )
                                      )
        v.                            )                No. 4:23-cv-499-RHH
                                      )
JOHN DOE, et al.,                     )
                                      )
                 Defendants.          )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On April 24, 2023, a Memorandum and Order that the Court had addressed to plaintiff at the Utah County Jail in Spanish Fork, Utah was returned to the Court marked "return to sender" and "unable to forward." *See* ECF No. 4. The Jail appears to have stamped the envelope with the notation, "no longer at this address." *Id.*

Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

        **IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiff's change of address.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Opinion, Memorandum and Order.

Dated this 20th day of June, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE